## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No: 3:12-cv-00053-HEH |
| THE VILLAGE CAFE, INC., a Virginia Entity, d/b/a THE VILLAGE CAFÉ, | ) ) ) |
| AND | ) ) |
| JOHN DOE, | ) |
| Defendants. | ) ) |

### NOTICE OF APPEARANCE OF JOHN B. SWINGLE

Please be advised that I, John B. Swingle, Virginia State Bar Number 82704, of the law firm of Williams Mullen, P.C., am admitted to practice in this Court and hereby enter an appearance as counsel for Defendant, The Village Café, Inc. d/b/a The Village Café, in the above-captioned matter.

Respectfully submitted,

By: ____/s/_____
John B. Swingle
Virginia State Bar No. 82704
Counsel for Defendant
WILLIAMS MULLEN, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462-3035
Telephone: (757) 473-5327
Facsimile: (757) 473-0395
jswingle@williamsmullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Mark D. Dix
>Virginia State Bar No. 42718
>BUCCI & DIX, LLC
>11449 Robious Road
>Richmond, Virginia 23235
>Telephone: (804) 888-9502
>Facsimile: (804) 888-9507
>mdix@buccidix.com
>*Counsel for Plaintiff*

>By:_____/s/ _____
>John B. Swingle
>Virginia State Bar No. 82704
>Counsel for Defendant
>WILLIAMS MULLEN, P.C.
>222 Central Park Avenue, Suite 1700
>Virginia Beach, VA 23462-3035
>Telephone: (757) 473-5327
>Facsimile: (757) 473-0395
>jswingle@williamsmullen.com